```
1  EDWIN PRATHER, CABN 190536
   PRATHER LAW OFFICES
   461 Bush Street, Suite 350
2  San Francisco, CA 94108
   Telephone: (415) 881-7774
3  Email: edwin@pratherlawoffices.com

4  Attorneys for Defendant
   HENRI PESSAH
5
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-0802 CRB |
| Plaintiff, | CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL |
| v. | |
| HENRI PESSAH, | |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, subject to approval by this Court, HENRI PESSAH substitutes EDWIN K. PRATHER, State Bar Number 190536, as counsel of record in place of GEORGE LEO O'CONNELL OF DLA PIPER.

///

///

Consent Order Granting Substitution of Attorney [CR 11-0802 CRB]   1

Attorney: EDWIN K. PRATHER

Firm Name: PRATHER LAW OFFICES

Address: 245 Fifth Street, Suite 103, San Francisco, California 94103

Telephone: 415.881.7774

E-Mail: Edwin@pratherlawoffices.com

I consent to the above substitution.

Date: 3/20/17

*[signature]*
HENRI PESSAH

I consent to being substituted.

Date: 3/20/17

*[signature] for*
GEORGE LEO O'CONNELL
DLA PIPER

I consent to the above substitution.

Date: 3/20/17

*[signature]*
EDWIN K. PRATHER
PRATHER LAW OFFICES

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

THE HONORABLE CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE