UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSEPH J. GIRAUDO,<br><br>           Defendant. | Case No.3:14-cr-00534-CRB-1, 2 and 3<br>Related:<br>CR13-0246-1 CRB<br>CR13-0587-1 CRB<br><br>**NOTICE OF SENTENCING** |

The Court has set the sentencings of the following defendants:

   Joseph J. Giraudo - May 8, 2018 at 9:00 a.m.

   Raymond A. Grinsell - May 8, 2018 at 10:30 a.m.

   Kevin B. Cullinane - May 8, 208 at 1:00 p.m.

   Daniel Rosenbledt - May 8, 2018 at 2:30 p.m.

   Mohammed Rezaian - May 8, 2018 at 3:30 p.m.

The sentencing dates of the remaining defendants will be set soon thereafter by Order of the Court. Any defendant and/or his counsel may, but is not required to, attend the sentencing hearings on May 8, 2018.

**IT IS SO ORDERED.**

Dated: May 7, 2018

CHARLES R. BREYER
United States District Judge